IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN LOZANO AND SUSIE LOZANO } <br> } <br> Plaintiffs, } <br> } <br> v. } <br> } <br> OCWEN FEDERAL BANK, FSB } <br> } <br> Defendant. } | CIVIL ACTION NO. H-03-1891 |

### **FINAL JUDGMENT**

On this day, September 29, 2005, in the action pending between Plaintiffs, John Lozano and Susie Lozano and Defendant, Ocwen Federal Bank, FSB, the court issued its Opinion and Order on Summary Judgment that Plaintiffs' claims must be dismissed as a matter of law, and the court hereby **ORDERS** that Plaintiffs take nothing, and that Defendant, Ocwen Federal Bank, FSB, is awarded its costs.

SIGNED at Houston, Texas, this 29th day of September, 2005.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE